IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANDRA BANKHEAD, | § | |
| # 72589-019, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:24-cv-1384-K-BT |
| | § | |
| BUREAU OF PRISONS, | § | |
|     Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
<u>**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**</u>

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. ' 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. ' 2241, (Dkt. No. 9), will be **DISMISSED** by a separate judgment.

SO ORDERED.

Signed March 3rd, 2026.

*Ed Kinkeade*
ED KINKEADE
**UNITED STATES DISTRICT JUDGE**